# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SIOUX CITY FOUNDRY COMPANY, | ) |
| | ) Case No. 5:20-cv-4030 |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| AFFILIATED FM INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF REMOVAL 28 U.S.C § 1332 and 1446(b)(1)

## Iowa District Court in and for Woodbury County Case No. LACV191890

Affiliated FM Insurance Company ("Affiliated FM" or "Defendant"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, hereby removes this case from the Iowa District Court for Woodbury County, Iowa to the United States District Court for the Northern District of Iowa, Western Division. In support of this Notice of Removal, Affiliated FM states as follows:

## STATE COURT ACTION

1.  On April 29, 2020, Sioux City Foundry Company ("Sioux City Foundry" or "Plaintiff") filed its Petition at Law and Demand for Jury Trial (the "Complaint"), naming Affiliated FM as the sole defendant. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81, a copy of the Petition and Jury Demand is attached as Exhibit A.

2.  The Complaint alleges that Affiliated FM issued a property insurance policy to Plaintiff, an insurance claim was made by Plaintiff pertaining to an electrical arc flash event that allegedly caused loss or damage to Plaintiff's property, and that Affiliated FM breached its

obligations to Plaintiff in connection with the insurance claim. Plaintiff's Complaint identifies causes of action for breach of contract and for first party bad faith.

3. On May 11, 2020, Affiliated FM accepted service of the Complaint, at request of Plaintiff. *See* Exhibit B.

4. According to the docket sheet from the Iowa District Court for Woodbury County, the following documents are the only filings in the State Court Action:

    a. Petition at Law and Jury Demand;

    b. Original Civil Notice; and

    c. Acceptance of Service;

5. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders received are accordingly attached hereto, as Exhibits A and B.

## TIMELINESS

6. Section 1446(b)(1) of title 28 sets requirements for the filing of a Notice of Removal, and provides that: "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter.

7. This notice of removal is timely filed because Affiliated FM filed it within thirty days of the date that Affiliated FM was served with the lawsuit. 28 U.S.C. § 1446(b)(1).

## JURISDICTION AND VENUE

8. This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. § 1332(a) because both the diversity and amount in controversy requirement are met.

9. The parties are of diverse citizenship. Plaintiff is an Iowa corporation with its principal place of business in Iowa. *See* Complaint, ¶ 1. Defendant is an insurance company organized under the laws of Rhode Island, with its principal place of business in Rhode Island.

10. The amount in controversy requirements are met. Both before and after the filing of the State Court Action, Plaintiff has communicated to Affiliated FM that it seeks significantly more than $75,000.00, exclusive of interests and costs.

11. Venue for purposes of removal is proper. Actions are removable from a state court to the district court that encompasses the county where the action was filed. *See* 28 U.S.C. § 1446(a). Here, the Northern District of Iowa, Western Division, includes the Iowa District Court for Woodbury County, Iowa.

## NOTICE

12. Affiliated FM is filing with the Clerk of the Iowa District Court of Woodbury County a *Notice of Filing of Notice of Removal*, together with this Notice of Removal and supporting documents, in accordance with 28 U.S.C. § 1446(d).

13. Contemporaneously with this filing, Affiliated FM is providing notice to Plaintiff in accordance with 28 U.S.C. § 1446(d).

14. Pursuant to Local Rule 81(a), Defendant states that this is the only matter currently pending in the state court that will require resolution. Counsel that has appeared on behalf of Plaintiffs in state court is:

> Paul W. Deck
> Benjamin J. Deck
> 505 5th St., Suite 635
> Sioux City, IA 51101
> (712) 255-3573
> (712) 255-8463 (fax)
> pdeckjr@deckanddeck.com

## CONCLUSION

15. Having established the requirements for diversity jurisdiction are met, and this action otherwise meeting the requirements for removal, the State Court Action may be removed to this Court, and Affiliated FM hereby gives notice of its removal.

Dated: May 28, 2020

        Respectfully submitted,

        _/s/ Timothy A. Clausen_

        Timothy A. Clausen    #AT0001554
        KLASS LAW FIRM, L.L.P.
        Mayfair Center, Upper Level
        4280 Sergeant Road, Suite 290
        Sioux City, IA  51106
        clausen@klasslaw.com
        WWW.KLASSLAW.COM
        712/252-1866
        712/252-5822 fax

        ATTORNEYS FOR DEFENDANT

Copy to:

Paul W. Deck
Benjamin J. Deck
505 5th St., Suite 635
Sioux City, IA  51101

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on ___5/29_____, 2020
By: _____ U.S. Mail          _____ facsimile
   _____ Hand delivered      _____ Overnight courier
   _____ Email               __x__ ECF

Signature ___/s/ Mindy Eckmann_____