# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | | |
|---|---|---|
| SIOUX CITY FOUNDRY COMPANY, | : | Case No. 5:20-cv-4030 |
| Plaintiff, | : | |
| vs. | : | **FIRST AMENDMENT TO TO COMPLAINT** |
| AFFILIATED FM INSURANCE COMPANY, | : | |
| Defendant. | : | |

COMES NOW the Plaintiff, Sioux City Foundry Company, and pursuant to Fed. R. Civ. Pro. 15(a)(1)(B) hereby amends its Complaint as a matter of course by adding the following paragraph 6(a):

6(a).   Up to the point of filing the Complaint, the Foundry and AFM were actively engaged in settlement discussions with the expectation that the claim would be resolved, and by virtue of such conduct, AFM conveyed the intent that the insurance laws and statutes of Nebraska governed the limitation of actions.  AFM has waived its limitation of actions defense and is estopped from relying on same by continuing its negotiations.

The Foundry hereby realleges all of the allegations of its original Complaint as well as its prayer for relief and jury demand.

Respectfully submitted,

DECK & DECK, L.L.P.

BY:  */s/ Paul W. Deck, Jr.*
    Paul W. Deck, Jr.     AT0002045
    Benjamin J. Deck
    505 5th Street, Suite 635
    Sioux City, IA 51101
    (712) 255-3573 - Telephone
    (712) 255-8463 - Fax
    pdeckjr@deckanddeck.com
    ATTORNEYS FOR PLAINTIFF
    SIOUX CITY FOUNDRY COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on  June 18, 2020 , I electronically filed the foregoing with the Clerk of Court using the using the electronic document management/electronic filing system which will send notification of such filing to the following:

Timothy A. Clausen
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA 51106

                                                             */s/ Paul W. Deck, Jr.*