# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| SIOUX CITY FOUNDRY COMPANY, ) | |
| ) | Case No. 5:20-cv-4030 |
| Plaintiff, ) | |
| ) | |
| v. ) | **DEFENDANT'S MOTION TO DISMISS** |
| ) | **PURSUANT TO FRCP 12(b)(6)** |
| AFFILIATED FM INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **MOTION TO DISMISS**

Affiliated FM Insurance Company ("Affiliated FM" or "Defendant"), by and through its undersigned counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby respectfully requests that this Honorable Court enter an order dismissing Plaintiff's Second Amended Complaint for failure to state a claim upon which relief can be granted. As explained in the accompanying memorandum of law, Plaintiff Sioux City Foundry Company's claims are barred by the contractual suit limitation period in the insurance policy that is the subject of this action.

WHEREFORE, Affiliated FM Insurance Company respectfully requests that this Honorable Court grant the relief requested herein, dismiss Sioux City Foundry Company's Second Amended Complaint with prejudice, award costs, and grant such other and further relief as is equitable and just.

Dated: October 2, 2020  Respectfully submitted,

 */s/ John P. Eggum*
Michael L. Foran (Admitted Pro Hac Vice)
John P. Eggum (Admitted Pro Hac Vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 N. LaSalle Street, Suite 1400

Chicago, IL 60601  
Tel:    (312) 863-5000  
Email: mforan@fgppr.com  
Email: jeggum@fgppr.com  

- and -

Timothy A. Clausen  
KLASS LAW FIRM LLP  
Mayfair Center Upper Level  
4280 Sergeant Road Suite 290  
Sioux City, IA 51106  
Tel:    (712) 252-1866  
Email: clausen@klasslaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 2, 2020, a copy of the appended document was served upon all counsel of record via the Court's electronic notification system, CM/ECF, including as follows:

Paul Wayne Deck, Jr.
Deck & Deck
505 Fifth Street
635 Frances Building
Sioux City, IA 51101
Email: pdeckjr@deckanddeck.com

                                          */s/ John P. Eggum*
                                          John P. Eggum