# UNITED STATES DISTRICT COURT
for the
Northern District of Iowa

| | |
|---|---|
| SIOUX CITY FOUNDRY COMPANY, <br> *Plaintiff* <br> v. <br> AFFILIATED FM INSURANCE COMPANY, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. C20-4030-LTS <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:** Plaintiff take nothing and this action is dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Chief Judge Leonard T. Strand on a motion for Summary Judgment.

Date: 1/5/2022

*CLERK OF COURT*

/s/jlh, deputy clerk
*Signature of Clerk or Deputy Clerk*